UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MFP-ONE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-01858-MCE-KJN<br><br>**ORDER** |

### **ORDER**

Pursuant to the parties' Stipulation of Dismissal, ECF No. 9, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT